**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF CORRECTIONS, DEPARTMENT OF GENERAL SERVICES AND DEPARTMENT OF HUMAN SERVICES | : | No. 10 MAL 2023 |
| | : | |
| | : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| v. | : | |
| SOUTH HEIDELBERG TOWNSHIP ZONING HEARING BOARD | : | |
| v. | : | |
| SOUTH HEIDELBERG TOWNSHIP | : | |
| PETITION OF: SOUTH HEIDELBERG TOWNSHIP ZONING HEARING BOARD AND SOUTH HEIDELBERG TOWNSHIP | : | |

**<u>ORDER</u>**

**PER CURIAM**

     **AND NOW**, this 20th day of June, 2023, the Petition for Allowance of Appeal is **DENIED**.